IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN BRIAN BASS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5537

_____/

Opinion filed June 13, 2016.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Kevin Brian Bass, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Anne C. Conley, Assistant Attorney General,
for Appellee.

PER CURIAM.

       AFFIRMED.

RAY, MAKAR, JJ., and DAVIS, WILLIAM, E., ASSOCIATE JUDGE, concur.